UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE QUEZADA, *on behalf of himself and all others similarly situated*,

                Plaintiff,

-v-

DRAGON ALLIANCE LLC,

                Defendant.

21-CV-1086 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Defendant was served on February 9, 2021. However, no appearance has been entered on Defendant's behalf and no response to the complaint has been filed in the allotted time. Plaintiff was directed to file a motion for default judgment on or before June 10, 2021, but Plaintiff has not yet moved for a default judgment.

    Plaintiff is directed to file a motion for default judgment on or before October 25, 2021. If Plaintiff fails by October 25, 2021 to move for default judgment against Defendant, the action will be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: October 4, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge